NORMAN S. DIKE, as Receiver of EDWARD M. FIELD et al., Appellant, *v.* ANTHONY J. DREXEL et al., Respondents.

*Dike* v. *Drexel*, 11 App. Div. 77, affirmed.
(Argued January 20, 1898; decided March 1, 1898.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1896, unanimously affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint upon the merits, on trial at Special Term.

*James L. Bishop* and *Frederic A. Ward* for appellant.

*Joseph H. Choate* and *Francis Lynde Stetson* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.